UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

ROY MIDDLEMISS,

    Plaintiff,

v.

ARMSTRONG WORLD INDUSTRIES, INC., a Pennsylvania corporation,

    Defendant.

Case No.: 3:15-cv-01213-BR

**ORDER AND JUDGMENT OF DISMISSAL**

IT IS ORDERED AND ADJUDGED that the parties' Stipulated Motion for Judgment of Dismissal [22] is GRANTED. This action is DISMISSED with prejudice and without costs.

DATED this 25th day of May, 2016.

_____
Judge Anna Brown
United States District Court